## Commonwealth *v.* Gariti, Appellant.

Argued November 12, 1973. *Frank D. DiCenzo,* for appellant; *Russell Ober,* with him *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.